# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LAS VEGAS LAND & DEVELOPMENT CO INC a Nevada corporation<br><br>Plaintiff<br><br>vs<br><br>CORT BUSINESS SERVICES CORPORATION a Delaware corporation dba CORT FURNITURE RENTAL and DOES 1 through 25<br><br>Defendant | Case No. EDCV 13-02353-TJH (PJWx)<br><br>**JUDGMENT [JS-6]** |
| CORT BUSINESS SERVICES CORPORATION, a Delaware corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>LAS VEGAS LAND & DEVELOPMENT CO., INC., a Nevada corporation, and ROES 1 through 10, inclusive,<br><br>Counterdefendants. | |

Having entered an order confirming the arbitration award issued in favor of defendant, counterclaimant and petitioner CORT Business Services Corporation ("CORT"),

IT IS HEREBY ORDERED THAT:

1. Judgment shall be entered in favor of CORT and against Las Vegas Land & Development Co., Inc. in the amount of $184,568.52.

2. Interest on the judgment shall accrue at the applicable legal rate until the judgment is satisfied in full.

3. CORT shall be entitled to recover its costs incurred to collect the judgment to the extent allowed by applicable law.

**IT IS SO ORDERED.**

Dated: January 8, 2016
_____

_____
HON. TERRY J. HATTER, JR.
United States District Judge

CC: FISCAL

- 2 -
JUDGMENT